Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Law Offices of Peter Strojnik
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>EL PATIO BEACHSIDE INN INC.,<br><br>Defendant. | Case No: 2:25-cv-05194-WLJ<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

The parties, by and through counsel, hereby jointly move to dismiss the above action without prejudice, with each party to bear their own fees, costs and expenses.

RESPECTFULLY SUBMITTED this 12th day of November, 2025.

_____
Peter K. Strojnik (242728)
Attorneys for Plaintiff

/s/ Philip Stillman
Philip Stillman
Attorneys for Defendant