1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

THERESA BROOKE, a married woman dealing with her sole and separate claim,

Plaintiff,

vs.

EL PATIO BEACHSIDE INN INC.,

Defendant.

Case No: 2:25-cv-05194-WLJ

**ORDER RE STIPULATION TO DISMISS [21]**

19
20    Having considered the parties' Joint Stipulation, and good cause appearing
21    therefor, this action is **DISMISSED** without prejudice.  Each party is to bear their
22    own costs, fees and expenses.
23
24
25    DATED: 11/14/2025
26
          HON. WESLEY L. HSU
27        UNITED STATES DISTRICT JUDGE
28